# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SMITH & NEPHEW, INC, and<br>SMITH & NEPHEW PLC,<br><br>　　　　　　　　Defendants. | C.A. No. 13-674 (LPS)<br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their undersigned counsel and subject to the approval of the Court, that all claims between Plaintiff Rydex Technologies LLC, and Defendants Smith & Nephew, Inc., and Smith & Nephew PLC, in the above-captioned action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| *Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Plaintiff* | *Rodger D. Smith II*<br>Rodger D. Smith II (#3778)<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br><br>*Attorneys for Defendants* |

    **SO ORDERED this \_\_\_ day of _____, 2013.**

                                          _____
                                          **UNITED STATES DISTRICT JUDGE**